IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAZIEL WEIDMAN,

        Plaintiff,

v.

MICHAEL L. FRIEDMAN, et al.,

        Defendants.

No. CV-06-4113 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the motion for summary judgment filed by defendants Dr. Grewal, Dr. Dayalan and Dr. Ahmed is hereby GRANTED and judgment in favor of said defendants, as well as defendants Dr. Rosenthal and Dr. Friedman, shall be entered.

Dated: March 21, 2008

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk